UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIBELLE VARGAS ROBINSON and ERIC ROBINSON, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; and GILLIAN ERVIN, agent of the United States Postal Service used in their individual capacities<br><br>Defendants. | HON. MICHAEL A. SHIPP<br>HON. LOIS H. GOODMAN<br><br>Civil No. 18-1680<br><br>STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(ii) |

The parties, by their undersigned attorneys, hereby stipulate to the voluntary dismissal of the following parties, under Fed. R. Civ. P. 41(a)(1)(A)(ii): Eric Robinson, Gillian Ervin, and the United States Postal Service.

Date:

Robert Frances Gold, Esq.
GOLD, ALBANESE & BARLETTI, ESQS.
Counsel for Plaintiffs Maribelle Vargas Robinson and Eric Robinson

CRAIG CARPENITO
United States Attorney

Date: 5/17/2019      BY: Anne B. Taylor, Esq.
Assistant United States Attorney
Counsel for Defendants

So Ordered this 20th day of May, 2019

Hon. Michael Shipp, USDJ